UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

OLIVIA HAYNIE, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

CORNELL UNIVERSITY,

                Defendant.
_____

**NOTICE OF APPEARANCE**

Civil Action No.
3:20-CV-00467-MAD-ML

**PLEASE TAKE NOTICE** that Cornell University hereby appears in the above-entitled action through the undersigned attorney, who is employed as in-house counsel for Cornell University, and requests electronic service of all papers filed in this action.

Dated: June 1, 2020

                                      s/Adam G. Pence
                                      VALERIE CROSS DORN, ESQ.
                                      ADAM G. PENCE, ESQ.
                                      Attorneys for Defendant Cornell University
                                      235 Garden Avenue
                                      300 CCC Building
                                      Ithaca, NY 14853
                                      (607) 255-2796