AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| Olivia Haynie et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-00467-MAD-ML |
| Cornell University | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cornell University.

Date:   07/03/2020

/s/ Lauren J. Hartz
*Attorney's signature*

Lauren J. Hartz (admitted pro hac vice; DC Bar No. 1029864)
*Printed name and bar number*
Jenner & Block LLP
1099 New York Avenue NW
Washington, D.C. 20001

*Address*

LHartz@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*