AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| Olivia Haynie et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-00467-MAD-ML |
| Cornell University | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cornell University.

Date:   08/25/2020

/s/ Paul B. Rietema
*Attorney's signature*

Paul B. Rietema (pro hac vice; IL Bar #6300671)
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

*Address*

PRietema@jenner.com
*E-mail address*

(312) 840-7208
*Telephone number*

(312) 840-7308
*FAX number*