# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

_____

    Alec Faber et al.    ,

                      Plaintiff(s),        Case No. 20-cv-467-MAD-ML

-vs-

    Cornell University    ,

                      Defendant(s).

_____

## REQUEST FOR TRANSCRIPT

TO: _____Theresa Casal_____, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following proceeding(s) / portion(s) of the proceeding(s):

Date of proceeding: 02/08/2021    Proceeding: Hearing re: Motion to Dismiss
Date of proceeding: _____    Proceeding: _____
Date of proceeding: _____    Proceeding: _____

(Attach additional pages if necessary)

**Delivery time**:

- ◯ Ordinary Delivery (30 days after receipt of deposit)
- ◯ 14 Day Delivery (14 days after receipt of deposit)
- ◯ Expedited (7 days after receipt of deposit)[2]
- ⬤ 3 Day (3 days after receipt of deposit)[2]
- ◯ Daily (Transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it is a court day)[2]
- ◯ Hourly (Transcript to be delivered within two (2) hours of filing of request)[2]
- ◯ Realtime (Unedited draft of transcript produced electronically during proceeding)

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] CJA Counsel: Any requests for expedited or daily copy must be justified and preapproved by the presiding judge by filing a CJA-24 form in eVoucher and also on CM/ECF.

**Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit website at http://www.ca2.uscourts.gov.**

Signature: /s/ Ishan K. Bhabha
Attorney for Cornell University
NDNY Bar Roll #: Admitted pro hac vice; D.C. Bar No. 1015673
Street Address: 1099 New York Ave. NW
City: Washington
State: D.C.
Zip Code: 20001
Email Address: ibhabha@jenner.com
Phone Number: (202) 637-6327

**Certificate of Service**

 I hereby certified that on  03/10/2021 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:
All counsel of record ,

and that I mailed by United States Postal Service the document to the following **non** CM/ECF participants:  N/A .

              s/Ishan K. Bhabha