IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

**ALEC FABER**, individually and on behalf of all others similarly situated; and **AHNAF RAHMAN**, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

**CORNELL UNIVERSITY**,

      Defendant.

No. 3:20-cv-467 (MAD/ML)

---

### DEFENDANT CORNELL UNIVERSITY'S NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY

Defendant Cornell University hereby provides notice to the Court of the May 7, 2021 decision in *Beck v. Manhattan College*, No. 20-cv-3229, 2021 WL 1840864 (S.D.N.Y. May 7, 2021), attached as Exhibit A, which rejected a breach-of-contract claim under New York law against Manhattan College relating to the payment of tuition. *See id.* at *2–3.

Dated: May 10, 2021

Respectfully submitted:

/s/ Ishan K. Bhabha

Ishan K. Bhabha (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
ibhabha@jenner.com
lhartz@jenner.com
Tel: 202-639-6000
Fax: 202-639-6066

Paul B. Rietema (*pro hac vice*)

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
prietema@jenner.com

Valerie Cross Dorn (No. 505158)
Adam G. Pence (No. 701233)
CORNELL UNIVERSITY
235 Garden Avenue, 300 CCC Building
Ithaca, NY 14853
vlc1@cornell.edu
apence@cornell.edu

*Counsel for Defendant*