AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Olivia Haynie et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-00467-MAD-ML |
| Cornell University ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cornell University.

Date: 07/14/2021

/s/ Margaret M. Hlousek
*Attorney's signature*

Margaret M. Hlousek (pro hac vice: IL Bar #6336049)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
*Address*

MHlousek@jenner.com
*E-mail address*

(312) 840-7351
*Telephone number*

(312) 527-0484
*FAX number*