UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEC FABER, individually and on behalf of all others similarly situated; and AHNAF RAHMAN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>Defendant. | Case No.: 3:20-cv-00467 MAD/ML |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, CERTIFY THE CLASS, APPOINT CLASS COUNSEL, APPROVE PROPOSED CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING**

**PLEASE TAKE NOTICE** that upon the Joint Declaration of Roy T. Willey and (Eddie) Jae K. Kim, sworn to on March 6, 2023, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiffs Alec Faber and Ahnaf Rahman (collectively, "Plaintiffs") will, and hereby do, move this Court at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Courtroom 5, Albany, NY 12207, before the Hon. Mae A. D'Agostino, United States District Judge, for an Order under Federal Rule of Civil Procedure 23: (1) preliminarily approving the proposed Settlement on behalf of the Settlement Class Members according to the terms of the Stipulation of Settlement; (2) provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> [A]ll students enrolled in a degree-bearing Cornell program for the Spring 2020 semester, with the exception of: (i) any person who withdrew from Cornell on or before March 1, 2020; (ii) any person enrolled for the Spring 2020 semester solely in a program that, at the beginning of the Spring 2020 semester, was to be delivered as an online program; (iii) any person who executes and files a proper

and timely opt-out request to be excluded from the Settlement Class; and (iv) the legal representatives, successors or assigns of any such excluded person;

(3) preliminarily appointing Plaintiffs as Settlement Class Representatives; (4) preliminarily appointing the law firms of Lynch Carpenter, LLP; Poulin | Willey | Anastopoulo, LLC (formerly known as Anastopoulo Law Firm LLC); Cherundolo Law Firm, PLLC; and Toptani Law, PLLC as Class Counsel to act on behalf of the Settlement Class and the Settlement Class Representatives with respect to the Settlement; (5) approving the Parties' proposed settlement procedure, including approving the Parties' selection of KCC, LLC, as Settlement Administrator and approving the Parties' proposed schedule; (6) entering the proposed Order Granting Preliminarily Approval of the Settlement, Directing Notice to the Class, Setting a Hearing on Final Approval, and Provisionally Certifying the Proposed Class, attached as Exhibit B to the Settlement Agreement, which is attached as Exhibit 1 to the Joint Declaration of Roy T. Willey and (Eddie) Jae K. Kim; and (7) granting such other and further relief as may be just and appropriate.

Oral argument is requested to the extent desired by the Court.

Dated: March 6, 2023                                          Respectfully Submitted

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim*
**LYNCH CARPENTER LLP**
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Phone: 626.550.1250
Email: ekim@lcllp.com

Blake G. Abbott (702408)
Paul J. Doolittle (*Pro Hac Vice*)
Eric M. Poulin (701819)
Roy T. Willey, IV (701818)
**POULIN | WILLEY | ANASTOPOULO, LLC**

32 Ann Street Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: eric@akimlawfirm.com
roy@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

**CHERUNDOLO LAW FIRM, PLLC**
John C. Cherundolo (101339)
AXA Tower II, Suite 1600
120 Madison St.
Syracuse, New York 13202

**LYNCH CARPENTER LLP**
Gary F. Lynch*
Edward W. Ciolko*
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
eciolko@lcllp.com

Edward Toptani
**TOPTANI LAW OFFICES**
375 Pearl St Ste 1410
New York, NY 10038
(P): 212-699-8930
(F): 212-699-8939
Email: edward@toptanilaw.com

ATTORNEYS FOR PLAINTIFFS
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim
