UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEC FABER, individually and on behalf of all others similarly situated; and AHNAF RAHMAN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>Defendant. | Case No.: 3:20-cv-00467 MAD/ML |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, FEE AWARD, LITIGATION EXPENSES, AND SERVICE AWARD TO SETTLEMENT CLASS REPRESENTATIVES**

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel, Plaintiffs Alec Faber and Ahnaf Rahman ("Settlement Class Representatives") respectfully move this Court for final approval of the Settlement, totaling $3,000,000.00, reached in this Action with Defendant Cornell University and approval of the manner of distribution of the net Settlement Fund, pursuant to Federal Rule of Civil Procedure 23(e). Additionally, Settlement Class Representatives move for a Fee Award in the amount of one-third (1/3) of the Settlement Fund (or $1,000,000.00), Litigation Expenses in the amount of $50,940.09, which shall come from the Settlement Fund, and Service Awards in the amount of ten thousand dollars ($10,000.00) per person, which shall come from the Settlement Fund. In support of this Motion, Settlement Class Representatives refer the Court to the concurrently filed memorandum of points and authorities, the Joint Declaration of Roy T. Willey and (Eddie) Jae K. Kim, the Declaration of Ana Espinoza re: Notice Procedures, the Settlement, and concurrently filed exhibits.

Dated: October 26, 2023

Respectfully Submitted

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim*
**LYNCH CARPENTER LLP**
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Phone:  626.550.1250
Email: ekim@lcllp.com

Blake G. Abbott (702408)
Paul J. Doolittle (*Pro Hac Vice*)
Eric M. Poulin (701819)
Roy T. Willey, IV (701818)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: eric@akimlawfirm.com
roy@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

**CHERUNDOLO LAW FIRM, PLLC**
John C. Cherundolo (101339)
AXA Tower II, Suite 1600
120 Madison St.
Syracuse, New York 13202

**LYNCH CARPENTER LLP**
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com

Edward Toptani
**TOPTANI LAW OFFICES**
375 Pearl St Ste 1410
New York, NY 10038
(P): 212-699-8930
(F): 212-699-8939
Email: edward@toptanilaw.com

1

ATTORNEYS FOR PLAINTIFFS
*Admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim
